

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Amateur Athletic Union of the United
States, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Estate of Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC,<br><br>Defendants. | Case No.:  3:24-cv-150<br><br>**Amateur Athletic Union of the United States, Inc's Certificate of Interested Parties** |

The undersigned, counsel of record for Amateur Athletic Union of the United States, Inc. certifies that there are no known interested parties other than those participating in the case.  These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 29th day of March, 2024.



BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
Attorneys for Amateur Athletic Union of the United
States, Inc.

295065237v.1