Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
       azorio@bhfs.com

*Attorneys for Defendants Jam On It Basketball
Academy, Inc. and Jam On It, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., | CASE NO.:  3:24-cv-00150-MMD-CSD |
| Plaintiff, | **JAM ON IT BASKETBALL ACADEMY, INC., AND JAM ON IT, LLC ANSWER TO COMPLAINT** |
| v. | |
| ESTATE OF MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC, | **JURY DEMAND** |
| Defendants. | |

Defendants Jam On It Basketball Academy, Inc. and Jam On It, LLC ("JOI Defendants") hereby answer the Complaint of Amateur Athletic Union of the United States, Inc. ("Plaintiff") [ECF No. 1] as follows:

## JURISDICTION

1.     Answering paragraph 1 of Plaintiff's Complaint, JOI Defendants admit this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1367 regarding Plaintiff's putative causes of action.  JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 1 and therefore expressly deny the remaining allegations of paragraph 1.

2.     Answering paragraph 2 of Plaintiff's Complaint, JOI Defendants admit this Court

-1-

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

has personal jurisdiction over the JOI Defendants regarding Plaintiff's putative causes of action. JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 2, and therefore expressly deny the remaining allegations of paragraph 2.

**VENUE**

3.     Answering paragraph 3 of Plaintiff's Complaint, JOI Defendants admit that the Unofficial Northern Division of this Court is a proper venue pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2) regarding Plaintiff's putative causes of action.  JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 3 and therefore expressly deny the remaining allegations of paragraph 3.

**PARTIES**

4.     JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 4 and therefore expressly deny the same.

5.     JOI Defendants admit that Matthew Williams died on March 4, 2024 .  The JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 5 and therefore expressly deny the remaining allegations of paragraph 5.

6.     Admitted.

7.     Admitted to the extent that Defendant Jam On It, LLC is a Nevada limited liability company formed in October 2013 under the laws of the State of Nevada, and does business in Reno, Nevada.  Otherwise, JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 7 and therefore expressly deny the remaining allegations of paragraph 7.

**FACTS**

8.     Admitted that the COVID-19 pandemic was occurring in 2020.  Otherwise, JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 8 and therefore expressly deny the remaining allegations of paragraph 8.

9.     JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 9 and therefore expressly deny the same.

10.     JOI Defendants are without sufficient information to admit or deny the allegations

of paragraph 10 and therefore expressly deny the same.

11. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 11 and therefore expressly deny the same.

12. JOI Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 12 and therefore expressly deny the same.

13. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 13 and therefore expressly deny the same.

14. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 14 and therefore expressly deny the same.

15. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 15 and therefore expressly deny the same.

16. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 16 and therefore expressly deny the same.

17. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 17 and therefore expressly deny the same.

18. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 18 and therefore expressly deny the same.

19. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 19 and therefore expressly deny the same.

20. Admitted.

21. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 21 and therefore expressly deny the same.

22. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 22 and therefore expressly deny the same.

23. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 23 and therefore expressly deny the same.

24. JOI Defendants are without sufficient information to admit or deny the allegations of paragraph 24 and therefore expressly deny the same.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

**1st Cause of Action:  Breach of Contract**

25.      Answering paragraph 25 of Plaintiff's Complaint, JOI Defendants incorporate all of the above responses to the corresponding paragraphs of Plaintiff's Complaint.

26.      Denied.

27.      Denied.

28.      Denied.

29.      Denied.

30.      Denied.

**2nd Cause of Action:  Breach of Covenant of Good Faith and Fair Dealing**

31.      Answering paragraph 31 of Plaintiff's Complaint, JOI Defendants incorporate all of the above responses to the corresponding paragraphs of Plaintiff's Complaint.

32.      Answering paragraph 32 of the Complaint, the JOI Defendants admit that the Nevada Supreme Court recognizes an implied covenant of good faith and fair dealing with regard to enforceable contracts.  The JOI Defendants deny the remaining allegations in paragraph 32.

33.      Denied.

34.      Denied.

35.      Denied.

36.      Denied.

37.      Denied.

**3rd Cause of Action:  Unjust Enrichment**

38.      Answering paragraph 38 of Plaintiff's Complaint, JOI Defendants incorporate all of the above responses to the corresponding paragraphs of Plaintiff's Complaint.

39.      Denied.

40.      Denied.

41.      Denied.

42.      Denied.

43.      Denied.

44.      Denied.

- 4 -

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

**4th Cause of Action:  Conversion**

45.    Answering paragraph 45 of Plaintiff's Complaint, JOI Defendants incorporate all of the above responses to the corresponding paragraphs of Plaintiff's Complaint.

46.    Denied.

47.    Denied.

48.    Denied.

49.    Denied.

**GENERAL DENIAL**

To the extent that any allegations of the Complaint are not specifically admitted, JOI Defendants hereby deny the same.

**AFFIRMATIVE DEFENSES**

JOI Defendants, without altering the burdens of proof the parties must bear, asserts the following affirmative defenses to Plaintiff's Complaint and the claims asserted therein.  JOI Defendants specifically incorporate into the affirmative defenses their answers to the preceding paragraphs of Plaintiff's Complaint as fully set forth herein.

First Affirmative Defense

The Complaint, and each and every claim for relief, fails to state a claim upon which relief can be granted against these answering JOI Defendants.

Second Affirmative Defense

Plaintiff has failed to take reasonable steps to mitigate their alleged damages, if any.

Third Affirmative Defense

JOI Defendants allege that Plaintiff's Complaint, and all of its purported causes of action, are barred by the doctrine of unclean hands.

Fourth Affirmative Defense

JOI Defendants allege that Plaintiff has not suffered any damages as a result of any actions taken by the JOI Defendants, and Plaintiff is therefore barred from asserting any claim against the JOI Defendants.

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

Fifth Affirmative Defense

Plaintiff's causes of action are barred by applicable statutes of limitation.

Sixth Affirmative Defense

Plaintiff's equitable claims are barred by the doctrines of waiver, estoppel, laches, acquiescence, and ratification.

Seventh Affirmative Defense

If any breach of contract occurred, Plaintiff was the first party to breach.

Reservation of Rights

All possible affirmative defenses may not have been alleged herein as far as sufficient facts were not available after reasonable inquiry upon filing of the JOI Defendants' Answer and, therefore, these answering JOI Defendants reserve their right to amend its Answer to allege additional affirmative defenses if subsequent investigation warrants.

**REQUEST FOR RELIEF**

Wherefore Defendants request that the Complaint be dismissed, and that Plaintiff take nothing, either in monetary damages or equitable relief, and that the JOI Defendants be awarded attorneys' fees and such other and further relief as to which Defendants may be entitled.

DATED this 25th day of April, 2024         BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Matthew D. Francis*
Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.:  6547
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Defendants Jam On It Basketball*
*Academy, Inc. and Jam On It, LLC*

- 6 -

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Jam On It Basketball Academy, Inc. and Jam On It, LLC hereby request a trial by jury on all issues so triable.

DATED this 25th day of April, 2024          BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Matthew D. Francis
Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.:  6547
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Defendants Jam On It Basketball Academy, Inc. and Jam On It, LLC*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 25th day of April, 2024, I served the document entitled **JAM ON IT BASKETBALL ACADEMY, INC. AND JAM ON IT, LLC ANSWER TO COMPLAINT** on the parties listed below via the following:

☐   **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the following attorneys for Defendant, Superior Wellness Ltd.:

☐   **VIA COURIER FOR PERSONAL DELIVERY:** by delivering a copy of the document to a courier service for personal hand-delivery to the below, whereby the courier signs a certificate specifying the date of actual hand-delivery.

☐   **VIA COURIER:** by delivering a copy of the document to a courier service for over-night delivery to the foregoing parties.

☒   **VIA ELECTRONIC SERVICE:**  by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

☐   **VIA ELECTRONIC SERVICE:**  as an attachment to electronic mail directed to counsel for Defendant Superior Wellness Ltd. at the email address listed below.

Michael P. Lowry
WILSON ELSER
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Email: Michael.Lowry@wilsonelser.com

 */s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP

- 8 -

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511