Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
        azorio@bhfs.com

*Attorneys for Defendants Jam On It Basketball*
*Academy, Inc. and Jam On It, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC, <br><br> Defendants. | CASE NO.:  3:24-cv-00150-MMD-CSD <br><br> **STIPULATION TO EXTEND SCHEDULING DEADLINES** <br><br><br> **(FIRST REQUEST)** |

### I.     Summary of Discovery Completed

Defendants have made their FRCP 26(a)(1) disclosures.

### II.    Discovery Remaining

In light of settlement discussions and negotiation of settlement documents, the parties have not commenced discovery activities.  In the event this case does not settle, the parties will conduct written discovery, depositions, and expert witness disclosures.

### III.   Why the Remaining Discovery Could not be Completed

On June 13, 2024, the parties attended a mediation with Honorable Judge James Hardesty. Since that date, the parties have been negotiating terms for a settlement with the assistance of Judge Hardesty and have had many rounds of negotiations.  Without waiving any rights or remedies or disclosing any settlement terms, the parties disclose they have exchanged draft

-1-

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511

settlement documents and are in the process of reviewing these documents with their clients.  The parties would like to focus their efforts and resources on attempting to resolve this action via a negotiated settlement.   To this end, the parties have agreed to extend discovery and pre-trial deadlines 90 days to allow for continued settlement negotiations.

**IV.    Proposed Schedule for Completing All Remaining Discovery**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amending the Pleadings and Adding Parties | September 13, 2024 | December 12, 2024 |
| Initial Expert Disclosures | October 14, 2024 | January 12, 2025 |
| Rebuttal Expert Disclosures | November 14, 2024 | February 12, 2025 |
| Discovery Closes | December 13, 2024 | March 13, 2025 |
| Dispositive Motions | January 13, 2025 | April 14, 2025 |
| Pre-Trial Order if no Dispositive Motions | February 14, 2025 | May 15, 2025 |

IT IS STIPULATED AND AGREED by and between the parties that all discovery and pretrial deadlines set forth in the Discovery Plan and Scheduling Order filed June 5, 2024 [ECF. No. 13], be extended by 90 days as set forth above.

This Stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**:

This 21st day of August, 2024.

WILSON ELSER                          BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ *Michael P. Lowry*              By: /s/ *Matthew D. Francis*
Michael P. Lowry                        Matthew D. Francis
6689 Las Vegas Blvd., South             Arthur A. Zorio
Suite 200                               5520 Kietzke Lane, Suite 110
Las Vegas, Nevada 89119                 Reno, Nevada 89511
Attorneys for Amateur Athletic          Attorneys for Jam On It Basketball Academy, Inc.,
Union of the United States              Jam On It, LLC, and Jam On It Sportsplex, LLC


**IT IS SO ORDERED**:


_____
UNITED STATES MAGISTRATE JUDGE

DATED: August ___, 2024

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 21st day of August, 2024, I served the document entitled **STIPULATION TO EXTEND SCHEDULING DEADLINES (FIRST REQUEST)** on the parties listed below via the following:

☒     **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

Michael P. Lowry, Esq.
WILSON ELSER
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Email: Michael.Lowry@wilsonelser.com

     /s/ *Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP

- 3 -

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
5520 Kietzke Lane, Suite 110
Reno, NV 89511