Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
         azorio@bhfs.com

*Attorneys for Defendants Jam On It Basketball Academy, Inc. and Jam On It, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., | CASE NO.: 3:24-cv-00150-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO STAY CASE** |
| v. | |
| ESTATE OF MATTHEW WILLIAMS; JAM ON IT BASKETBALL ACADEMY, INC.; JAM ON IT, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff and Defendants, by and through their undersigned counsel, hereby provide notice to this Court that the parties have executed a written settlement agreement. The parties request that this Court stay proceedings for 6 months from today's date so the parties may perform certain obligations under the settlement agreement. At the end of the 6 month period, August 11, 2025, the parties will file a Rule 41 dismissal or a status report.

This Stipulation is made for good cause and not for the purpose of delay.

///

///

///

///

///

-1-

**IT IS SO STIPULATED:**

This 10th day of February, 2025

| WILSON ELSER | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|

By: /s/ *Michael P. Lowry*
Michael P. Lowry
6689 Las Vegas Blvd., South
Suite 200
Las Vegas, Nevada 89119
Attorneys for Amateur Athletic
Union of the United States

By: /s/ *Matthew D. Francis*
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Attorneys for Jam On It Basketball Academy, Inc.,
Jam On It, LLC, and Jam On It Sportsplex, LLC

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2025

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 10th day of February, 2025, I served the document entitled **STIPULATION AND [PROPOSED] ORDER TO STAY CASE (FIRST REQUEST))** on the parties listed below via the following:

☒    **VIA ELECTRONIC SERVICE:**  by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

Michael P. Lowry, Esq.
WILSON ELSER
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Email: Michael.Lowry@wilsonelser.com


 /s/ *Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP

- 3 -