

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Amateur Athletic Union of the United
States, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amateur Athletic Union of the United States, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Estate of Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC,<br><br>Defendants. | Case No.:  3:24-cv-150-MMD-CSD<br><br>**Stipulation for Dismissal with Prejudice** |

The parties, by and through their attorneys of record, stipulate to dismiss all claims in case no. 3:24-cv-150 with prejudice, all parties to bear their own fees and costs.

| | |
|---|---|
| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Amateur Athletic Union of the United States, Inc. | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>/s/ Matthew Francis<br>Matthew D. Francis, Esq.<br>Nevada Bar No. 6978<br>Arthur A. Zorio, Esq.<br>Nevada Bar No. 6547<br>Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; Jam On It, LLC; and Jam On It Sportsplex, LLC |
| | It is so ordered.<br><br><br>_____<br>United States District Judge |

301138949v.1