

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Amateur Athletic Union of the United States, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Amateur Athletic Union of the United States, Inc. | Case No.: 3:24-cv-150-MMD-CSD |
|---|---|
| Plaintiff, | |
| vs. | **Order Granting Stipulation for Dismissal with Prejudice** |
| Estate of Matthew Williams; Jam On It Basketball Academy, Inc.; Jam On It, LLC, | |
| Defendants. | |

The parties, by and through their attorneys of record, stipulate to dismiss all claims in case no. 3:24-cv-150 with prejudice, all parties to bear their own fees and costs.



*/s/ Michael Lowry*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Attorneys for Amateur Athletic Union of the United States, Inc.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Matthew Francis*
Matthew D. Francis, Esq.
Nevada Bar No. 6978
Arthur A. Zorio, Esq.
Nevada Bar No. 6547
Attorneys for Matthew Williams, Jam On It Basketball Academy, Inc.; Jam On It, LLC; and Jam On It Sportsplex, LLC

It is so ordered.

_____
United States District Judge

Dated: May 13, 2025

301138949v.1